UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-38 CJC(JC) | Date | July 22, 2008 |
|---|---|---|---|
| Title | Thomas E. Farmer v. Abdollah Alavi, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**        (IN CHAMBERS)

**ORDER TO SHOW CAUSE (OSC) RE DISMISSAL AS TO CERTAIN DEFENDANTS FOR LACK OF PROSECUTION**

   The action herein was filed on January 14, 2008.  On July 10, 2008, plaintiff filed his proof of service regarding service of the operative second amended complaint and summons on the following defendants on the following dates: (1) Abdollah Alavi – June 11, 2008; (2) David Dunn – June 12, 2008; (3) John Culton – June 12, 2008; and Michael Bunts – June 12, 2008 ("defendants in issue").  Since that date, none of the defendants in issue has filed a responsive pleading or requested an extension of time to file a responsive pleading.  Plaintiff has taken no action regarding the failure of the defendants in issue timely to file responsive pleadings.

   The Court, on its own motion, hereby Orders plaintiff to show cause in writing no later than August 5, 2008, why this action should not be dismissed for lack of prosecution as to the defendants in issue.  It is plaintiff's responsibility to respond promptly to all orders and to prosecute this action diligently.

   IT IS SO ORDERED.

|   | Initials of Deputy Clerk | kc |
|---|---|---|