UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS E. FARMER, | ) | Case No. EDCV 08-38 CJC(JC) |
| Plaintiff, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| ABDOLLAH ALAVI, M.D., et al. | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint, the Motion to Dismiss filed by defendant Abdollah Alavi, M.D., and supporting documents, plaintiff's Opposition to the Motion to Dismiss and supporting documents, defendant's Reply and supporting documents, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the findings, conclusions and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED: (1) the Motion to Dismiss is denied; and (2) defendant Alavi shall file an Answer to the Second Amended Complaint within ten (10) days of the entry of this Order.

1

1   IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order
2 and the Report and Recommendation on plaintiff and on counsel for defendants.
3   IT IS SO ORDERED.

5   DATED: December 3, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE