UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FARMER,<br>   Plaintiff,<br>  v.<br>ABDOLLAH ALAVI, M.D., et al.,<br>   Defendants. | Case No. EDCV 08-38 CJC(JC)<br>~~(PROPOSED)~~<br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), plaintiff's objections to the Report and Recommendation and supporting documents ("Objections"), and defendants' responses to plaintiff's Objections.[1] The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection has been made. The Court concurs with and adopts the Report and Recommendation and overrules the Objections.

///

///

---

[1] This Court declines to consider new evidence presented and new arguments raised for the first time in Objections to the Magistrate Judge's Report and Recommendation. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1     IT IS HEREBY ORDERED that: (1) Defendants' Motions for Summary
2 Judgment are granted; (2) Judgment be entered in favor of all defendants.
3     IT IS SO ORDERED.
4     DATED: May 25, 2010

                                       HONORABLE CORMAC J. CARNEY
                                       UNITED STATES DISTRICT JUDGE