JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FARMER,<br><br>     Plaintiff,<br><br>     v.<br><br>ABDOLLAH ALAVI, M.D., et al.,<br><br>     Defendants. | Case No. EDCV 08-38 CJC(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that: (1) Defendants' Motions for Summary Judgment are granted; and (2) Judgment be entered in favor of all defendants.

  IT IS SO ORDERED AND ADJUDGED.

  DATED: May 25, 2010

        _____

        HONORABLE CORMAC J. CARNEY
        UNITED STATES DISTRICT JUDGE